IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. )
) CASE NO. CR406-255
ERWIN EMANUEL FOX, )
)
    Defendant. )
)

## O R D E R

Before the Court are Defendant Erwin Emanuel Fox's "Motion for a more Definite Statement and/or Findings of Fact Along with Conclusions of Law" (Doc. 45) and "Acceptance and Notice of Dishonor" (Doc. 47). On August 10, 2006, a federal grand jury returned a four count indictment against Defendant for carjacking and possession of a firearm by a convicted felon. Defendant pled guilty on March 9, 2007 and was sentenced by this Court on May 14, 2007. This Court's jurisdiction was proper and the Motions are **DENIED**.

SO ORDERED this 8th day of October, 2008.

_____
WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA